# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF LINGLE, individually and on behalf of all others similarly situated,** ) | Case No. 2:17-cv-00334-JAM-EFB |
| ) | **ORDER** |
| Plaintiff, ) | |
| vs. ) | |
| **DEBT.COM LLC**, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiff's claims and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 20th day of December, 2017.


/s/ John A. Mendez_____
The Honorable John A. Mendez